469 F.2d 1405
 82 L.R.R.M. (BNA) 2392, 70 Lab.Cas. P 13,285
 Amoco Production Company
v.
NLRB***
 No. 72-2397
 United States Court of Appeals, Fifth Circuit
 Jan. 2, 1973
 
 1
 N.L.R.B.Tex.
 
 
 
 *
 Summary Calendar cases; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 cases: see N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966